FILED

08 MAR -5 PM 3: 53

DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

'08 CR 0649 BTM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ . . . |
| ) | |
| Plaintiff, ) | I N D I C T M E N T |
| ) | |
| v. ) | Title 18, U.S.C., Sec. 2113(a) - |
| ) | Bank Robbery |
| MARIO HARO, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The grand jury charges:

<u>Count 1</u>

On or about November 20, 2007, within the Southern District of California, defendant MARIO HARO, by force, violence and by intimidation, did unlawfully take from the person and presence of an employee of Washington Mutual Bank, 326 West El Norte Parkway, Escondido, California, the sum of approximately $1,392.00, belonging to and in the care, custody, control, management, and possession of Washington Mutual Bank, a bank, the deposits of which were then

//

//

//

//

WDK:fer:San Diego
3/4/08

1  insured by the Federal Deposit Insurance Corporation (FDIC); in
2  violation of Title 18, United States Code, Sections 2113(a).

3                              Count 2

4       On or about December 3, 2007, within the Southern District of
5  California, defendant MARIO HARO, by force, violence and by
6  intimidation, did unlawfully take from the person and presence of an
7  employee of Washington Mutual Bank, 325 West Felicita Avenue,
8  Escondido, California, the sum of approximately $1,000.00, belonging
9  to and in the care, custody, control, management, and possession of
10 Washington Mutual Bank, a bank, the deposits of which were then
11 insured by the Federal Deposit Insurance Corporation (FDIC); in
12 violation of Title 18, United States Code, Sections 2113(a).

13                             Count 3

14      On or about December 26, 2007, within the Southern District of
15 California, defendant MARIO HARO, by force, violence and by
16 intimidation, did unlawfully take from the person and presence of an
17 employee of Wells Fargo Bank, 790 Otay Lakes Road, Chula Vista,
18 California, the sum of approximately $1,760.00, belonging to and in
19 the care, custody, control, management, and possession of Wells Fargo
20 Bank, a bank, the deposits of which were then insured by the Federal
21 Deposit Insurance Corporation (FDIC); in violation of Title 18, United
22 States Code, Sections 2113(a).

23                             Count 4

24      On or about February 21, 2008, within the Southern District of
25 California, defendant MARIO HARO, by force, violence and by
26 intimidation, did unlawfully take from the person and presence of an
27 employee of Washington Mutual Bank, 503 Telegraph Canyon Road, Chula
28 Vista, California, the sum of approximately $451.00, belonging to and

                                 2

1  in the care, custody, control, management, and possession of
2  Washington Mutual Bank, a bank, the deposits of which were then
3  insured by the Federal Deposit Insurance Corporation (FDIC); in
4  violation of Title 18, United States Code, Sections 2113(a).

5  DATED: March 5, 2008.

6                                          A TRUE BILL:

7

8                                          _____
                                           Foreperson
9

10  KAREN P. HEWITT
    United States Attorney

11

12  By: _____
        DOUGLAS KEEHN
13      Assistant U.S. Attorney

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3