1 **JOHN C. ELLIS, JR.**
California State Bar No. 228083
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467
4 E-mail: john_ellis@fd.org

5 Attorneys for Mr. Mario Haro

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                  **(HONORABLE BARRY T. MOSKOWITZ)**

11  UNITED STATES OF AMERICA,          )    Case No.: 08cr0649-BTM
                                       )
12              Plaintiff,             )    Date:  April 11, 2008
                                       )    Time:  1:30 p.m.
13  v.                                 )
                                       )    **NOTICE OF MOTIONS AND MOTIONS TO:**
14  **MARIO HARO**,                    )
                                       )    **(1) COMPEL DISCOVERY/PRESERVE**
15                                     )    **EVIDENCE; AND**
                Defendant.             )    **(2) LEAVE TO FILE FURTHER MOTIONS.**
16                                     )
                                       )
17  _____     )    _____

18
    TO:     KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
19          CHRISTOPHER ALEXANDER, ASSISTANT UNITED STATES ATTORNEY:

20

21       **PLEASE TAKE NOTICE** that on April 11, 2008, at 1:30 p.m., or as soon thereafter as counsel may

22  be heard, the accused, Mario Haro, by and through his attorneys, John C. Ellis, Jr. and Federal Defenders

23  of San Diego, Inc., will ask this Court to enter an order granting the motions outlined below.

24  ////

25  ////

26  ////

27  ////

28  ////

# MOTIONS

Defendant, Mr. Haro, by and through his attorneys, John C. Ellis, Jr. and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

(1) Compel Discovery/Preserve Evidence; and
(2) Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at or before the time of the hearing on these motions.

Respectfully submitted,

Dated: March 26, 2008

*/s/ John C. Ellis, Jr.*
**JOHN C. ELLIS, JR.**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Haro
john_ellis@fd.org