1 **JOHN C. ELLIS, JR.**
California State Bar Number 228083
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California  92101-5008
Telephone:  (619) 234-8467
4 john_ellis@fd.org

5 Attorneys for Mr. Haro

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10 **(HONORABLE BARRY T. MOSKOWITZ)**

| | |
|---|---|
| 11 UNITED STATES OF AMERICA, ) | Case No. 08cr0649-BTM |
| 12             Plaintiff, ) | |
| 13 v. ) | **JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING** |
| 14 MARIO HARO, ) | |
| 15             Defendant. ) | |

17      Good cause appearing therefore, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, John C. Ellis, Jr., and Federal Defenders of San Diego, Inc., counsel for Mario Haro, along with Assistant United States Attorney Christopher Alexander, that the motion hearing/trial setting set for April 11, 2008 at 1:30 p.m. be rescheduled to **Friday, June 6, 2008, at 1:30 p.m.**

          Respectfully submitted,

23 DATED:        April 10, 2008           */s/ John C. Ellis, Jr.*
                                          **JOHN C. ELLIS, JR.**
24                                        Federal Defenders of San Diego, Inc.
                                          Attorneys for Mario Haro

26 DATED:        April 10, 2008           */s/ Christopher Alexander*
                                          **CHRISTOPHER ALEXANDER**
27                                        Assistant United States Attorney
                                          christopher.m.alexander@usdoj.gov