UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 08cr0649-BTM |
| ) | |
| v. ) | |
| ) | CERTIFICATE OF SERVICE |
| MARIO HARO, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Joint Motion to Continue has been electronically served this day upon:

    Christopher Alexander, Assistant United States Attorney
    880 Front Street
    San Diego, CA  92101

Dated: April 10, 2008                 /s/ John C. Ellis, Jr.
                                                     JOHN C. ELLIS, JR.
                                                     Federal Defenders
                                                     225 Broadway, Suite 900
                                                     San Diego, CA 92101-5030
                                                     (619) 234-8467  (tel)
                                                     (619) 687-2666  (fax)
                                                     E-mail: john_ellis@fd.org