UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY T. MOSKOWTIZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08cr0649-BTM |
| Plaintiff, ) | |
| v. ) | ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |
| MARIO HARO, ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED** that the joint motion to continue the motion hearing/trial setting in this matter now scheduled for April 11, 2008 at 1:30 p.m. be continued until June 6, 2008 at 1:30 p.m.

**IT IS SO ORDERED**.

DATED: April 10, 2008

*/s/ Barry Ted Moskowitz*

Honorable Barry Ted Moskowitz
United States District Judge