KAREN P. HEWITT
United States Attorney
CHRISTOPHER M. ALEXANDER
Assistant U.S. Attorney
California State Bar No. 201352
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7425/(619) 557-7055 (Fax)
Email: Christopher.M.Alexander@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08cr0649-BTM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NOTICE OF APPEARANCE |
| MARIO HARO, | ) | |
| Defendant. | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

| Name | Cal. Bar No. | Telephone No. | Email Address |
|---|---|---|---|
| Christopher M. Alexander | 201352 | (619) 557-7425 | Christopher.M.Alexander@usdoj.gov |

1    Effective this date, <u>the following attorneys are no longer associated with this case</u> and should

2    <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case:

3    <u>Name</u>                  <u>Cal. Bar No.</u>   <u>Telephone No.</u>        <u>Email Address</u>

4    None.

5    Please call me if you have any questions about this notice.

6    DATED:  August 29, 2008.

7                                              Respectfully submitted,

8                                              KAREN P. HEWITT
                                               United States Attorney
9

10                                             <u>*s/ Christopher* M. Alexander</u>

11                                             Christopher M. Alexander
                                               Assistant United States Attorney
12                                             Attorneys for Plaintiff
                                               United States of America
13                                             Email: Christopher.M.Alexander@usdoj.gov

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   Notice of Appearance
     United States v. Mario Haro              2                    08cr0649-BTM

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,              )          Case No. 08cr0649-BTM
                                       )
                    Plaintiff,         )
                                       )
        v.                             )
                                       )          CERTIFICATE OF SERVICE
MARIO HARO,                            )
                                       )
                    Defendant.         )
_____)

IT IS HEREBY CERTIFIED THAT:

I, CHRISTOPHER M. ALEXANDER, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893. I am not a party to the above-entitled action. I have caused service of Government's Notice of Appearance on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**John C Ellis, Jr. (john_ellis@fd.org)**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 29, 2008.

                                s/ *Christopher M. Alexander*

                                CHRISTOPHER M. ALEXANDER
                                Assistant United States Attorney
                                Attorneys for Plaintiff
                                United States of America
                                Email: Christopher.M.Alexander@usdoj.gov